UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TERREA EVERETT,

    *Plaintiff,*

    v.

BANK OF AMERICA N.A.;
EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS
UNION LLC.; and EQUIFAX
INFORMATION SERVICES,
LLC.

    *Defendants.*

CASE No.: 1:24-cv-22879-RAR

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANT TRANS UNION LLC**

COMES NOW, the Plaintiff, TERREA EVERETT, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses defendant TRANS UNION LLC from the above-captioned action with prejudice.

Dated as of this 15th day of August 2024.

    **LACEY | LYONS | REZANKA**

    */s/ Ethan B. Babb*
    **ETHAN B. BABB, ESQ.**
    Florida Bar No. 127488
    Email: ebabb@llr.law
    Secondary: kschofield@llr.law
    6013 Farcenda Place, Suite 101
    Melbourne, FL 32940
    Phone: (321) 608-0890
    Fax: (321) 608-0891
    *Counsel for Plaintiff*

*Certificate of service to follow*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 15, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filling to all counsel of record.

*s/Ethan B. Babb*
**ETHAN B. Babb, Esq.**
