UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **TERREA EVERETT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BANK OF AMERICA N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC.; and EQUIFAX INFORMATION SERVICES, LLC.**<br><br>*Defendants.* | CASE No.: 1:24-cv-22879-RAR |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

COMES NOW, the Plaintiff, TERREA EVERETT, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses defendant EQUIFAX INFORMATION SERVICES, LLC from the above-captioned action with prejudice.

Dated as of this 9th day of September 2024.

LACEY | LYONS | REZANKA

*/s/ Ethan B. Babb*
**ETHAN B. BABB, ESQ.**
Florida Bar No. 127488
Email: ebabb@llr.law
Secondary: kschofield@llr.law
6013 Farcenda Place, Suite 101
Melbourne, FL 32940
Phone: (321) 608-0890
Fax: (321) 608-0891
*Counsel for Plaintiff*

*Certificate of service to follow*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filling to all counsel of record.

_s/Ethan B. Babb_
**ETHAN B. BABB, ESQ.**
