UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**TERREA EVERETT,**

   *Plaintiff,*

   *v.*

**BANK OF AMERICA N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC.; and EQUIFAX INFORMATION SERVICES, LLC.**

   *Defendants.*

CASE No.: 1:24-cv-22879-RAR

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC**

COMES NOW, the Plaintiff, TERREA EVERETT, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses defendant EXPERIAN INFORMATION SOLUTIONS INC from the above-captioned action without prejudice.

Dated as of this 3rd day of October 2024.

**LACEY | LYONS | REZANKA**

*/s/ Ethan B. Babb*
**ETHAN B. BABB, ESQ.**
Florida Bar No. 127488
Email: ebabb@llr.law
Secondary: kschofield@llr.law
6013 Farcenda Place, Suite 101
Melbourne, FL 32940
Phone: (321) 608-0890
Fax: (321) 608-0891
*Counsel for Plaintiff*

*Certificate of service to follow*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filling to all counsel of record.

<u>s/Ethan B. Babb</u><br>
**ETHAN B. BABB, ESQ.**