UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-22879-RAR

**TERREA EVERETT**,

    Plaintiff,

v.

**BANK OF AMERICA, N.A.**,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation"), [ECF No. 31], filed on November 25, 2024.  The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear their own attorney's fees and costs incurred in this action.  The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 25th day of November, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**